UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62914-CIV-ALTMAN/SNOW

EXPANSION CHURCH CORP., DBA NEW
GENERATION EARLY LEARNING CENTER,

       Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD's,
LONDON SUBSCRIBING TO POLICY #BEA12709,

       Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Plaintiff's Motion to Strike Defendant's Affirmative Defenses (ECF No. 17), which was referred to United States Magistrate Judge Lurana S. Snow by the Honorable K. Michael Moore, Chief United States District Judge (ECF No. 20). On April 11, 2019, this case was transferred to the Honorable Roy K. Altman. (ECF No. 21)

On January 15, 2019, the Defendant filed its Answer and Affirmative Defenses (ECF No. 14). The Plaintiff argues that all of the affirmative defenses should be stricken, and has made specific arguments as to the First, Eighth, Ninth, Tenth, and Eleventh Defenses. (ECF No. 17) In response, the Defendant argues that the defenses should not be stricken at this early stage of the proceedings, before discovery has been conducted, and the Defendant asks for leave to amend its pleading.

According to the Court's scheduling Order entered on January 10, 2019, the deadline to file a motion to amend the pleadings was forty-five days after either January 10, 2019, or the date on which "the first responsive pleading was filed by the last responding defendant." (ECF No. 12)

The Plaintiff waited nearly two months after receiving the Defendant's pleading to move to strike the Affirmative Defenses. By the Plaintiff having waited until March 12, 2019, to file its Motion to Strike, it was certain that the Defendant's response thereto, including the Defendant's request to amend its defenses, would be beyond the time allowed by the Court to amend the pleadings.

Trial of this matter is scheduled for the two week period beginning November 12, 2019, and discovery is due to be completed by August 5, 2019. The Court finds good cause to permit the Defendant to amend its pleading, rather than striking the defenses challenged by the Plaintiff at this early stage of the proceedings. Accordingly, it is

RECOMMENDED that the Plaintiff's Motion to Strike Defendant's Affirmative Defenses (ECF No. 17) be DENIED. Further, it is RECOMMENDED that the Defendant be allowed a brief period of time in which to amend its pleading.

The parties will have 14 days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable Roy K. Altman, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar them from attacking on appeal unobjected-to factual and legal conclusions contained therein, except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1.

DONE and SUBMITTED at Fort Lauderdale, Florida this 15th day of April, 2019.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of record