# IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-62914-CIV-MOORE/SNOW

EXPANSION CHURCH CORP DBA
NEW GENERATION EARLY LEARNING CENTER

     Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON
SUBSCRIBING TO POLICY #BEA12709,

     Defendant.
_____/

## **PLAINTIFF'S AMENDED RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiff, Expansion Church Corp DBA New Generation Early Learning Center, by and through its undersigned counsel and pursuant to the provisions of Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby discloses and provides the following information to the Defendant:

1. Pursuant to Rule 26(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff shall disclose the name, and, if known, the address and telephone number of each individual likely to have discoverable information that the Plaintiff may use to support its claim(s), unless solely for impeachment, and the identification of the subjects of the information:

Expansion Church Corp DBA New Generation Early Learning Center
Miguel Alejandro Diaz
214 W. Hallandale Beach Boulevard
Hallandale, Florida 33009
(may be contacted through undersigned counsel)

Has knowledge regarding the discovery of the loss, the reporting of the loss, damage to the

property, and compliance with post loss duties and conditions.

Corporate Representative
FGF Claims
2300 West 84th Street, Suite 202
Hialeah, Florida 33016

The Corporate Representative would have information regarding the estimate that was prepared for the Plaintiff in relation to the subject loss.

Corporate Representative
Super Dryout, LLC
18520 NW 67th Avenue, Suite 200
Miami, Florida 33015
(786) 556-5769

The Corporate Representative would have information regarding what steps were undertaken to mitigate the damages to the subject property.

Felix Rodriguez, P.E.
DDA Claims Management
5335 NW 87th Avenue, Suite 109, #381
Doral, Florida 33178
(305) 874-7399

Mr. Rodriguez is expected to testify as to the cause of loss. His opinions will be contained in a causation report will be furnished upon receipt and in Compliance with the Order setting trial and pre-trial schedule.

Edgard de Olazabal, CGC
DDA Claims Management
5335 NW 87th Avenue, Suite 109, #381
Doral, Florida 33178
(305) 874-7399

Mr. Olazabal is expected to testify as to the scope of damages. His opinion will be contained within the DDA report, which will include a scope of damages estimate.

2. Pursuant to Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff states that the following are all documents, data compilations, and tangible things that are in its possession, custody or control and that the Plaintiff may use to support its claims, unless

solely for impeachment, and all of which the Defendant already possesses or will be provided to the Defendant:

1. Insurance policy with endorsements;
2. Correspondence between Plaintiff or Plaintiff's agents and Defendant;
3. FGF Claims estimate/letter outlining repair costs;
4. Water Mitigation documents representing the mitigation work completed at Plaintiff's property prepared by Super Dryout, LLC;
5. Causation Report and estimate/letter outlining repair cots by Edgard de Olazabal and Felix Rodriguez.
6. Receipts for purchases made by Plaintiff in order to repair the subject property as a result of damages arising from the subject loss, if any.

3. Pursuant to Rule 26(a)(1)(A)(iii) of the Federal Rules of Civil Procedure, the Plaintiff states that its claim for damages consists of actual damage to the property based upon the Loss Consultants and Appraisers, estimate/letter outlining repair costs related to the subject loss.

4. Pursuant to Rule 26(a)(1)(A)(iv) of the Federal Rules of Civil Procedure, the Plaintiff notes that Plaintiff has brought suit against Defendant under an insurance contract, which is in the Defendant's possession.  The Plaintiff is not aware of any other insurance agreements under which any other insurance business could be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

5. The Plaintiff's evaluation of witnesses, documents and things it may use in support of its defenses and claims continues.  By making these disclosures, the Plaintiff does not represent that it has identified every document, tangible thing or witness possibly relevant to this lawsuit.  Nor does the Plaintiff waive its right to object to the production of any document or tangible thing disclosed herein.  Accordingly, the Plaintiff reserves its right to supplement this disclosure.  The Plaintiff will timely supplement this pre-discovery disclosure as necessary under Fed. R. Civ. P. 26(e).

## CERTFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 1, 2019, a true and correct copy of the foregoing was served electronically this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

**STREMS LAW FIRM**
Attorney for Plaintiff
2525 Ponce de Leon Boulevard, Suite 600
Coral Gables, Florida 33134
Telephone: (786) 430-0882
Facsimile: (305) 459-1589
Primary E-Service: pleadings@stremslaw.com
Secondary E-Service: team12@stremslaw.com
Email: Jjimenez@stremslaw.com
Email: natalie@stremslaw.com
By: /S/ JENNIFER JIMENEZ
**JENNIFER JIMENEZ, ESQUIRE**
**FLORIDA BAR NO.: 1002478**

Service list:

**FRANK J. SIOLI, Esq.**
SIOLI ALEXANDER PINO
Attorneys for Underwriters at Lloyd's London
9155 South Dadeland Boulevard
Suite 1600
Miami, Florida 33156
305-428-2470- Office
305-428-2471- Facsimile
Email: Fsioli@siolilaw.com
       erojas@siolilaw.com