UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-62914-CIV-MOORE/SNOW

EXPANSION CHURCH CORP DBA
NEW GENERATION EARLY LEARNING CENTER,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON
SUBSCRIBING TO POLICY #BEA12709,

    Defendant.
_____/

## DEFENDANT'S RULE 26(a)(1) AMENDED DISCLOSURES

    Defendant, CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY #BEA12709, by and through its undersigned counsel and pursuant to the provision of Rule 26(a)(1) of the Federal Rules of Civil Procedure, and hereby discloses and provides the following information to the Plaintiff:

## WITNESSES

1. **Corporate Representative**
   Certain Underwriters at Lloyd's of London Subscribing to Policy #BEA12709
   c/o Sioli Alexander Pino
   (305) 428-2470

   Subject of Discoverable Information: Witness will testify regarding Insurance Policy No.: BEA12709 and any endorsements, and subject claim.

2. **Person with the Most Knowledge and/or Miguel Alejandro Diaz**
   Expansion Church Corp. DBA New Generation Early Learning Center
   214 W. Hallandale Beach Boulevard
   Hallandale, Florida 33009

   Subject of Discoverable Information: Witness is expected to testify regarding the alleged loss.

Expansion Church, et al. v Certain Underwriters, et al.
CASE NO.: 18-62914-CIV-MOORE/SNOW
Page 2

3. **Mark Bledsoe, Field Adjuster**
   John Eastern Company, Inc.
   (941) 907-3100

   Subject of Discoverable Information: Witness will testify regarding his inspection of the outside of the building.

4. **John Novak, Field Adjuster**
   John Eastern Company, Inc.
   (954) 224-2725

   Subject of Discoverable Information: Witness will testify regarding his inspection of the building on or about January 25, 2018 and February 20, 2018.

5. Any and all of Defendants' Choice surveying experts.

6. Any and all Defendant's surveyors.

7. Any and all witnesses found through discovery.

8. Any and all Impeachment and/or Rebuttal Witnesses.

9. Any and all witnesses listed by Plaintiff.

10. Any and all expert witnesses listed by Plaintiff.

*Defendant reserves the right to supplement and amend its Witness prior to the Trial pursuant to further discovery.*

## EXPERT WITNESS(ES)

11. **Ryan Ayres, Engineer**
    Envista Forensics
    5565 Glenridge Connector, Suite 900
    Atlanta, GA 30342

Subject of Discoverable Information: Mr. Ayres is expected to testify as a rebuttal expert as to causation of the alleged loss and Plaintiff's alleged damages. His opinions will be contained in a report that will be furnished upon receipt and in Compliance with the Parties' Joint Stipulation Report.

*Defendant reserves the right to supplement and amend its Expert Witness List prior to the Trial pursuant to further discovery.*

Expansion Church, et al. v Certain Underwriters, et al.
CASE NO.: 18-62914-CIV-MOORE/SNOW
Page 3

## EXHIBITS

1. Insurance Policy No.: BEA12709 and any endorsements;

2. Photographs of the Subject Premises;

3. Deposition Transcript of any and all of Plaintiff's Experts;

4. Deposition Transcript of any and all of Defendant's Experts;

5. Any and all of Defendant's choice Expert Reports and Addendums;

6. Any and all of Plaintiff's Expert Reports and Addendums;

7. Any and all exhibits listed by Plaintiff;

*Defendant reserves the right to supplement and amend its Exhibit List prior to the Trial pursuant to further discovery.*

Respectfully submitted,

**SIOLI ALEXANDER PINO**
Attorneys for Defendant
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Office: (305) 428-2470
Facsimile: (305) 428-2471

By: *s/ Vinod R. Bajnath*
**FRANK J. SIOLI**
FBN: 009652
Email: Fsioli@siolilaw.com
**VINOD R. BAJNATH, ESQ.**
FBN: 90876
Email: Vbajnath@siolilaw.com

Expansion Church, et al. v Certain Underwriters, et al.
CASE NO.: 18-62914-CIV-MOORE/SNOW
Page 4

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent to all parties referenced in the attached Service List below on this 1st day of July 2019.

**SIOLI ALEXANDER PINO**
Attorneys for Defendant
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Office: (305) 428-2470
Facsimile: (305) 428-2471

By:  *s/ Vinod R. Bajnath*

**FRANK J. SIOLI**
FBN: 009652
Email: Fsioli@siolilaw.com
**VINOD R. BAJNATH, ESQ.**
FBN: 90876
Email: Vbajnath@siolilaw.com

## SERVICE LIST

**Jennifer Jimenez, Esq.**                                              via E-mail
**Natalie Fernandez, Esq.**
Strems Law Firm
Attorney for Plaintiff
2555 Ponce de Leon Blvd., Suite 210
Coral Gables, Florida 33134
Tel: (786) 430-0882
E-mail: pleadings@stremslaw.com
E-mail: Team12@stremslaw.com